MARY CARPINK, Also Known as MARY KARPINK, Respondent, *v.* FRED KARPINK, Defendant; PETER A. LAURIA, Appellant. (Action No. 1.)

MARY CARPINK, Also Known as MARY KARPINK, Respondent, *v.* FRED KARPINK, Defendant; PETER A. LAURIA, Appellant. (Action No. 2.)

Argued October 10, 1944; decided November 16, 1944.

*Jesse Friedman* and *Nathaniel H. Brower* for appellant.
*Robert L. Bobrick* for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.